■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JAKE ADAMS. (John F. Nugent, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. ELIJAH ANGLIN. (Carl Tronolone, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. SATISFIELD. (Laurence F. Sovik, Jr., Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. JERRY S. RUGER. (Eugene W. Salisbury, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. BENNIE JACKSON. (Walter C. Eves, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. JESSIE G. TISDALE. (Nathan J. Robfogel, Esq.) — [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■ (A) CARMEN PRIME, JR., by His Guardian ad Litem, et al., Respondents, v. FAITH TABERNACLE et al., Defendants, and NEW HOPE BAPTIST CHURCH, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE KENNEDY, Appellant, v. J. W. MCKENZIE, as Superintendent of Monroe County Penitentiary, Respondent.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Appellate Division Fourth Department, Rules.

## FIRST DEPARTMENT, NOVEMBER, 1961

## (November 2, 1961)

■ BEVERLY AADLAND, by Her General Guardian, HOWARD F. TRUSSEL, Appellant, v. PATRICIA W. FLYNN et al., as Temporary Administrators of the Estate of ERROL FLYNN, Deceased, Respondents.—
No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. [27 Misc 2d 833.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BORRIS M. KOMAR, Appellant.— No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of JACK BRAUNSTEIN et al., Appellants, v. ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.—
No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ABBEY FUNERAL DIRECTORS, INC., Respondent, v. JOHN F. SMITH et al., Doing Business under the Name of ABBEY PARKCHESTER FUNERAL CHAPEL, Appellants.— No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. [24 Misc 2d 492.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK BARTONE, Appellant.—
No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WITT, JR., Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.